## CHIPMAN v. HIBBERD.

In an action for damages for cutting down growing trees, the measure of damages is not the value of the trees as firewood, but the injury done to the land by destroying them. This damage should be estimated by all the circumstances, and the purposes for which such trees were used or designed, and not according to the speculative or fancied ideas of the jury.

APPEAL from the District Court of the Fourth Judicial District.

Action for damages for cutting down growing trees. The opinion of the Court discloses the error upon which the judgment of the Court below is reversed.

E. W. F. Sloan for Appellant.

Chas. H. S. Williams for Respondent.

The opinion of the Court was delivered by Mr. Chief Justice MURRAY. Mr. Justice TERRY concurred.

The Court erred in laying down the measure of damages. The true rule was not the actual value of the trees for firewood, but the damage done to the land by reason of destroying them. This damage should have been estimated by all the circumstances, and the purposes for which the trees were used or designed, and not according to the " spe-

culative or fancied ideas'' that the jury or plaintiff might have drawn of their worth.

Judgment reversed, and new trial ordered.